| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**INITIAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Mora, Mindy A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Southern District of Florida | 3. Date of Report<br><br>06/29/2018 |
| --- | --- | --- |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>05/30/2018 |
| --- | --- | --- |

**7. Chambers or Office Address**

1515 N. Flagler Drive
Suite 801
West Palm Beach, Florida 33401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. President | Mindy A. Mora, P.A. |
| 2. Mindy A. Mora, P.A. as Partner | Bilzin Sumberg Baena Price & Axelrod LLP |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 12/11/2012 | Partnershp Agreement for Bilzin Sumberg Baena Price & Axelrod, LLP provides for vested retirement benefits due to Judge Mora i/a/o approximately $65,000. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORA, MINDY A. | 06/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | SALARY MINDY A. MORA PA | $298,839.48 |
| 2. | 2016 | S CORPORATION INCOME (SEE PART VIII) | $408,434.00 |
| 3. | 2017 | SALARY MINDY A. MORA PA | $300,793.38 |
| 4. | 2017 | S CORPORATION INCOME (SEE PART VIII) | $297,807.00 |
| 5. | 2018 | SALARY MINDY A. MORA PA | $70,000.00 |
| 6. | 2018 | S CORPORATION INCOME (SEE PART VIII) | $24,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Citibank, N.A. | Bridge loan | O |
| 2. | Chase Sapphire | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORA, MINDY A. | 06/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | CITIBANK CITIGOLD CHECKING | A | Interest | J | T | | | | | EXEMPT |
| 2. | CITIBANK CITIGOLD CHECKING | A | Interest | J | T | | | | | |
| 3. | CITIBANK CITIGOLD SAVINGS | A | Interest | L | T | | | | | |
| 4. | FIDELITY MUNICIPAL MONEY MARKET | A | Interest | J | T | | | | | |
| 5. | SPDR S&P 500 ETF TRUST UNIT SER 1 S&P | B | Dividend | L | T | | | | | |
| 6. | FIDELITY OTC PORT | B | Dividend | K | T | | | | | |
| 7. | FIDELITY SELECT MED TECHNOLOGY & DEVICES | B | Dividend | K | T | | | | | |
| 8. | FIDELITY NASDAQ COMPOSITE INDEX | B | Dividend | K | T | | | | | |
| 9. | DOUBLELINE SHILLER ENHANCED CAP CL N | B | Dividend | K | T | | | | | |
| 10. | CATALYST LYONS HEDGE PREMIUM CL A | A | Dividend | K | T | | | | | |
| 11. | JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 12. | PUT (SPY) SPDR S&P 500 ETF MAR 15 19 | A | Dividend | J | T | | | | | |
| 13. | METROPOLITAN WEST HIGH YIELD BOND CL M | A | Dividend | J | T | | | | | |
| 14. | FIDELITY TREASURY MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 15. | IRA: ISHARES S&P 500 GROWTH ETF | B | Dividend | L | T | | | | | |
| 16. | IRA: ISHARES MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 17. | IRA: ISHARES S&P 500 VALUE ETF | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORA, MINDY A. | 06/30/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA: ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | J | T | | | | | |
| 19. IRA: ISHARES S&P MIDCAP 400 VALUE ETF | A | Dividend | J | T | | | | | |
| 20. IRA: ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | J | T | | | | | |
| 21. IRA: ISHARES TR S&P SMALL CAP 600 GROWTH ETF | A | Dividend | J | T | | | | | |
| 22. IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 23. IRA: ISHARES S&P SMALLCAP 600 VALUE ETF | A | Dividend | J | T | | | | | |
| 24. FIDELITY MSCI INFOR TECHNOLOGY INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 25. FIDELITY MSCI FINLS INDEX (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 26. FIDELITY MSCI CONSUMER DISCRETIONARY (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 27. FIDELITY MSCI HEALTH CARE INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 28. FIDELITY MSCI INDL INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 29. FIDELITY MSCI ENERGY INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 30. FIDELITY MSCI CONSUMER STAPLES INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 31. FIDELITY MSCI REAL ESTATE INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 32. FIDELITY MSCI UTILS INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |
| 33. FIDELITY MSCI MATLS INDEX ETF (EQUITY HELD BY ▨ IRA) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORA, MINDY A. | 06/30/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | FIDELITY MSCI TELECOMMUNCATIONS (EQUITY HELD BY ▮ IRA) | A | Dividend | J | T | | | | | |
| 35. | FIDELITY GOVERNMENT CASH RESERVES (EQUITY HELD BY ▮ | A | Interest | J | T | | | | | |
| 36. | FIDELITY ROTH (EQUITY HELD BY ▮ ROTH IRA) | A | Dividend | J | T | | | | | |
| 37. | 401K: BLACKROCK EQUITY INDEX CLASS R FUND | A | Dividend | N | T | | | | | |
| 38. | 401K: VANGUARD EQUITY-INCOME ADM FUND | A | Dividend | N | T | | | | | |
| 39. | 401K: AMERICAN CENTURY MID-CAP VALUE R6 FUND | A | Dividend | N | T | | | | | |
| 40. | 401K: JANUS HENDERSON TRITON N FUND | A | Dividend | M | T | | | | | |
| 41. | 401K: AMERICAN FUNDS EUROPACIFIC GROWTH R6 FUND | A | Dividend | M | T | | | | | |
| 42. | 401K: OPPENHEIMER INTERNATIONAL SMALL-MID COMPANY INSTL FUND | A | Dividend | M | T | | | | | |
| 43. | 401K:BS BANYAN II INVESTMENTS LLLP | E | Distribution | N | W | | | | | |
| 44. | RLS/TLH HUGHES-1, LLC | G | Distribution | N | W | | | | | |
| 45. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORA, MINDY A. | 06/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART III: NON-INVESTMENT INCOME:
MINDY A. MORA OWNS 100% OF THE CAPITAL STOCK OF MINDY A. MORA, PA (PA). THE PA WAS A PARTNER IN THE LAW FIRM OF BILZIN SUMBERG BAENA PRICE & AXELROD, LLP (BSBPA). ALL THE INCOME FROM BSBPA WAS REPORTED BY THE PA. MINDY A. MORA REPORTS THIS INCOME AS SALARY AND S CORPORATION INCOME FROM MINDY MORA PA. THE 2018 S CORPORATION INCOME HAS BEEN ESTIMATED BASED UPON THE BEST INFORMATION AVAILABLE BECAUSE THE 2018 BOOKS OF BSBPA HAVE NOT BEEN COMPLETED YET.

## IX. CERTIFICATION.

.I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ MINDY A. MORA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544